[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Sept. 29, 2009
THOMAS K. KAHN
CLERK

No. 09-10837
Non-Argument Calendar

_____

D.C. Docket No. 08-00392-CR-T-26-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

REGINALD BUCHANAN

Defendant-Appellant.

_____

Appeal from the United States District Court for the
for the Middle District of Florida

_____

(September 29, 2009)

Before BIRCH, HULL and FAY, Circuit Judges

PER CURIAM:

Adam Tanenbaum, appointed counsel for Reginald Buchanan in this direct

criminal appeal, has moved to withdraw from further representation of the appellant,

because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Buchanan's conviction and sentence are **AFFIRMED**.